IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ 22-36-M-KLD |
| Plaintiff, | ORDER |
| vs. | |
| JASON CHARLES ALLEN, | |
| Defendant. | |

On May 31, 2022, the Court held a hearing on Defendant Jason Charles Allen's Motion for Medical Furlough. (Doc. 12). For the reasons stated in open court,

IT IS ORDERED that Defendant's motion is DENIED.

DATED this 31st day May, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1